■ RALPH MUSONE, Respondent, v. ROSE MUSONE, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur. Motion for reargument denied, without costs. Motion for

leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.